```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 09402
    GERALD E YOUNG
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-0230


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 05/23/2007 and was confirmed 09/27/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was dismissed after confirmation 12/18/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
WASHINGTON MUTUAL          CURRENT MORTG        .00            .00            .00
WASHINGTON MUTUAL          CURRENT MORTG        .00            .00            .00
ACTION CARD                UNSECURED      NOT FILED            .00            .00
AMERICAN GENERAL FINANCI   UNSECURED           .00             .00            .00
BANK OF AMERICA            UNSECURED      NOT FILED            .00            .00
ROUNDUP FUNDING LLC        UNSECURED        2568.63            .00         758.32
CAPITAL ONE BANK           UNSECURED      NOT FILED            .00            .00
CHASE                      UNSECURED      NOT FILED            .00            .00
CREDIT FIRST NA            UNSECURED      NOT FILED            .00            .00
ASPIRE                     UNSECURED        5789.98            .00        1709.38
SAM'S CLUB                 UNSECURED      NOT FILED            .00            .00
HSBC NV                    UNSECURED      NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED        3022.01            .00         892.18
HSBC CARSON                UNSECURED      NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED         633.55            .00         187.04
ECAST SETTLEMENT CORP      UNSECURED         934.83            .00         275.97
JAGUAR CREDIT              UNSECURED      NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED         532.07            .00         157.08
NICOR GAS                  UNSECURED      NOT FILED            .00            .00
PORTFOLIO RECOVERY         UNSECURED        2261.49            .00         667.65
ECAST SETTLEMENT CORP      UNSECURED         663.18            .00         195.78
SEARS/CBSD                 UNSECURED      NOT FILED            .00            .00
SEAWAY NATIONAL BANK       UNSECURED      NOT FILED            .00            .00
WFFINANCIAL                UNSECURED      NOT FILED            .00            .00
CAPITAL ONE                UNSECURED         775.17            .00         228.83
CREDIT FIRST NA            UNSECURED         453.66            .00         120.33
WASHINGTON MUTUAL          MORTGAGE ARRE       .00            .00            .00
WASHINGTON MUTUAL          NOTICE ONLY   NOT FILED            .00            .00
WELLS FARGO FINANCIAL IL   SECURED NOT I   2093.98            .00            .00
AMERICAN GENERAL FINANCI   SECURED NOT I   2007.29            .00            .00
WASHINGTON MUTUAL          MORTGAGE ARRE       .00            .00            .00
COMMONWEALTH EDISON        FILED LATE          .00            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 09402 GERALD E YOUNG
```

```
BENNIE W FERNANDEZ       DEBTOR ATTY     3,073.00                    3,073.00
TOM VAUGHN               TRUSTEE                                       661.62
DEBTOR REFUND            REFUND                                         14.82

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     8,942.00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                           5,192.56
ADMINISTRATIVE                                      3,073.00
TRUSTEE COMPENSATION                                  661.62
DEBTOR REFUND                                          14.82
                         ---------------      ---------------
TOTALS                      8,942.00                8,942.00
```

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
      Dated: 03/05/09              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE    2
             CASE NO. 07 B 09402 GERALD E YOUNG